IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| LINDA MITCHELL,<br><br>    Plaintiff,<br><br>vs.<br><br>MARCELO RAPELA AND GREGG OLSEN,<br><br>    Defendants, | VERDICT FORM<br><br><br><br><br><br>Case No. 2:08-cv-726 |

MEMBERS OF THE JURY:

Please answer the following questions based upon a standard of preponderance of the evidence. If you find the preponderance of the evidence weighs in favor of the issue presented, answer "Yes." If you find the evidence is so equally balanced that you cannot determine a preponderance of the evidence, or if you find that the preponderance of the evidence weighs against the issue presented, answer "No." If you find that Plaintiff is entitled to any damages, those damages must also be proven by a preponderance of the evidence.

1. Do you find from a preponderance of the evidence that Defendant Marcelo Rapela's entrance into the residence when arresting Linda Mitchell violated her Fourth Amendment constitutional rights?

YES _____ NO __X__

2. If you answered yes to Question No. 1, do you find from a preponderance of the evidence that the unlawful entry caused injury to Linda Mitchell?

YES _____ NO _____

3. If you have answered "Yes" to Question No. 2, state the amount of damages sustained by Linda Mitchell.

Damages: $_____

4. Do you find from a preponderance of the evidence that either of the following Defendants intentionally and unreasonably used force in arresting Linda Mitchell?

A. Marcelo Rapela  Yes \_\_\_\_\_ No __X__
B. Gregg Olsen  Yes \_\_\_\_\_ No __X__

5. If you answered yes to either A or B in Question No. 4, do you find from a preponderance of the evidence that the use of excessive force caused injury to Linda Mitchell?

YES _____ NO _____

6. If you answered "Yes" to Question No. 5, state the amount of damages sustained by Linda Mitchell.

Damages $_____

Dated this 22 of July, 2010.

_____
FOREPERSON